**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 4:24 CR-00287-O** |
| | § | |
| **NATHAN REIS** and | § | **(01)** |
| **STEPHANIE HOCKRIDGE,**   a/k/a | § | **(02)** |
| **STEPHANIE REIS,** | § | |
| | § | |
| **Defendants.** | § | |

<u>**ORDER**</u>

Before the Court is the Defendants' Unopposed Motion to Extend Deadlines and Amend Scheduling Order. ECF No. 120. Having considered the Motion, and noting that is it unopposed, the Court **GRANTS in part** the Motion.  The Court hereby amends the following deadlines that have not yet passed. Accordingly, it is **ORDERED** that

1. This order shall amend and modify this Court's original Scheduling Order for Criminal Trial and Pretrial Order dated November 26, 2024 (ECF No. 13) (the "Original Order"). The terms of the Original Order shall continue to apply to the extent they are not inconsistent with this order.

2. Ms. Hockridge's case is set for jury trial at **9:00 am on Monday, May 12, 2025**.

3. Mr. Reis' case is set for jury trial at **9:00 am on Monday, August 11, 2025**.

4. Ms. Hockridge and Mr. Reis must file their respective written designation of expert witnesses, if any, that contains the information required by Federal Rule of Criminal Procedure 16(b)(1)(C)(iii), no later than **April 21, 2025** (as to Ms. Hockridge) and **July 21, 2025** (as to Mr. Reis). Each designation must contain a brief statement of the subject matter to be covered by each expert witness. Any motions challenging these designations,

including challenges under Federal Rule of Evidence 702, must be filed by **April 25, 2025** (as to Ms. Hockridge) and **July 25, 2025** (as to Mr. Reis).

5. As to the trial of Ms. Hockridge, to minimize time after commencement of the trial in resolving differences in the language to be included in the Court's charge to the jury:

    a. Counsel for the United States of America shall deliver to counsel for Ms. Hockridge by **April 28, 2025**, a copy of its proposed Court's charge to the jury.

    b. Counsel for Ms. Hockridge shall deliver to counsel for the United States of America by **April 29, 2025**, (i) a statement, prepared with specificity, of any objection his client had to any part of the proposed charge counsel for United States of America has delivered pursuant to this paragraph and (ii) the text of all additional instructions his client wishes to have included in the court's charge to the jury. Each objection and each additional instruction shall be accompanied by citations to authorities supporting Ms. Hockridge's objection or request.

    c. By 10:00 a.m. on **May 1, 2025**, the lead attorneys for the parties to this action shall meet face-to-face in the office of the United States Attorney for the purposes of (i) discussing, and trying to resolve, differences between the parties as to language to be included in the Court's charge to the jury and (ii) identifying areas of disagreement that cannot be resolved. The meeting shall be held for a sufficient length of time for there to be a meaningful discussion of all areas of disagreement and a meaningful attempt to accomplish agreement. Each attorney shall cooperate fully in all matters related to the meeting.

    d. By 2:00 p.m. on **May 1, 2025**, counsel for United States of America shall file a document titled "Agreed Charge," which in a single document shall contain, in logical sequence, all language to be included in the charge, including jury instructions and jury questions, about which the parties do not have disagreement and all language either party wishes to have included in the charge about which there is disagreement. All language of the proposed charge about which there is agreement shall be (i) in bold face, (ii) preceded by an indication of the identity of the party requesting the language, and (iii) followed by a listing of citations of authorities in favor of and in opposition to the proposed language. Furthermore, on the same day by 2:00 p.m., counsel for the United States of America shall submit an electronic (WordPerfect or Word compatible) version of this document to o'connor_orders@txnd.uscourts.gov.

6. As to Mr. Reis, to minimize time after commencement of the trial in resolving differences in the language to be included in the Court's charge to the jury:

    a. Counsel for the United States of America shall deliver to counsel for Mr. Reis by **July 28, 2025**, a copy of its proposed Court's charge to the jury.

    b. Counsel for Mr. Reis shall deliver to counsel for the United States of America by **July 29, 2025**, (i) a statement, prepared with specificity, of any objection his client had to any part of the proposed charge counsel for United States of America has delivered pursuant to this paragraph and (ii) the text of all additional instructions his client wishes to have included in the court's charge to the jury. Each objection and each additional instruction shall be accompanied by citations to authorities supporting Mr. Reis's objection or request.

    c. By 10:00 a.m. on **July 31, 2025**, the lead attorneys for the parties to this action shall meet face-to-face in the office of the United States Attorney for the purposes of (i) discussing, and trying to resolve, differences between the parties as to language to be included in the Court's charge to the jury and (ii) identifying areas of disagreement that cannot be resolved. The meeting shall be held for a sufficient length of time for there to be a meaningful discussion of all areas of disagreement and a meaningful attempt to accomplish agreement. Each attorney shall cooperate fully in all matters related to the meeting.

    d. By 2:00 p.m. on **July 31, 2025**, counsel for United States of America shall file a document titled "Agreed Charge," which in a single document shall contain, in logical sequence, all language to be included in the charge, including jury instructions and jury questions, about which the parties do not have disagreement and all language either party wishes to have included in the charge about which there is disagreement. All language of the proposed charge about which there is agreement shall be (i) in bold face, (ii) preceded by an indication of the identity of the party requesting the language, and (iii) followed by a listing of citations of authorities in favor of and in opposition to the proposed language. Furthermore, on the same day by 2:00 p.m., counsel for the United States of America shall submit an electronic (WordPerfect or Word compatible) version of this document to o'connor_orders@txnd.uscourts.gov.

**SO ORDERED** on this **7th** day of **April, 2025.**

_Reed O'Connor_
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**