UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:24-CR-287-O |
| STEPHANIE HOCKRIDGE (02) a/k/a STEPHANIE REIS | |

## GOVERNMENT'S WITNESS LIST

| NO. | DESCRIPTION | Sworn | Testified |
|---|---|---|---|
| 1. | **Kandace Zelaya**<br>U.S. Small Business Administration<br>Fact Witness<br><br>Ms. Zelaya may testify about the SBA's Paycheck Protection Program (PPP), including eligibility of applicants, documentation requirements for applicants, and certifications required to be made by applicants. She may also briefly describe the role of lenders, lender service providers, and agents with respect to the PPP, as well as briefly describe the SBA's Economic Injury Disaster Loan program. | | |
| 2. | **James Flores**<br>Fact Witness<br><br>Mr. Flores may testify about Blueacorn—the company he, the defendant, and her codefendant founded purportedly to assist borrowers in obtaining PPP loans. He may also testify about how he and his coconspirators, including the defendant, used Blueacorn and their knowledge of PPP regulations to knowingly submit fraudulent loan applications for themselves and others. | | |

| | | | |
|---|---|---|---|
| 3. | **Collin Friedemann**<br>Special Agent, FBI<br>Fact Witness<br><br>SA Friedemann may testify about his investigation into the defendant, her company, and her coconspirators. He may testify about the conspiracy and scheme to defraud the PPP. SA Friedemann may also offer and explain evidence he obtained, including documentary evidence about specific fraudulent loans the defendant submitted and helped to submit. | | |
| 4. | **Kristi Gray**<br>Fact Witness<br><br>Ms. Gray may testify about PPP loans she and her former husband received with the help of the defendant and her codefendant. | | |
| 5. | **Eric Karnezis**<br>Fact Witness<br><br>Mr. Eric Karnezis may testify about conspiring with the defendant and her codefendant to defraud the PPP through the defendant's VIPPP program. | | |
| 6. | **Devin Hochberg**<br>Fact Witness<br><br>Mr. Hochberg may testify about working with the defendant and her codefendant to obtain fraudulent PPP loans for himself and companies held in his name, as well as for others he referred to the defendant and her codefendant. | | |
| 7. | **Anthony Karnezis**<br>Fact Witness<br><br>Mr. Anthony Karnezis may testify about conspiring with the defendant and her codefendant to defraud the PPP through the defendant's VIPPP program. | | |

| | | | |
|---|---|---|---|
| 8. | **James Hagerman**<br>Special Agent, IRS<br>Fact Witness<br><br>SA Hagerman may offer and summarize voluminous bank records, tax records, PPP application documents, and other documentary evidence relevant to the defendant and her codefendant's fraudulent PPP loan applications. | | |
| 9. | **Karen Tillman**<br>Supervisory Attorney Advisor, SBA<br><br>Ms. Tillman may testify about the authenticity of certain SBA records, namely, applications made by the defendant and her codefendant for Economic Injury Disaster Loans and advances. | | |

Respectfully submitted,

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

*s/ Matthew Weybrecht*
MATTHEW WEYBRECHT
Assistant United States Attorney
State Bar of Texas No. 24102642
Telephone: 817-252-5200
Fax: 817-252-5455
matthew.weybrecht@usdoj.gov

LORINDA I. LARYEA
Acting Chief, Fraud Section

*s/ Philip Trout*
PHILIP TROUT
Acting Assistant Chief
Fraud Section
U.S. Department of Justice

MARGARET A. MOESER
CHIEF, MONEY LAUNDERING &
ASSET RECOVERY SECTION
Criminal Division, U.S. Department of Justice

*s/ Elizabeth R. Carr*
ELIZABETH R. CARR
RYAN MCLAREN
Trial Attorneys
Money Laundering and Asset Recovery Section
U.S. Department of Justice

## CERTIFICATE OF SERVICE

      I hereby certify that on May 8, 2025, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorney(s) of record.

      *s/ Matthew Weybrecht*
      MATTHEW WEYBRECHT
      Assistant United States Attorney