IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:24 CR-00287-O |
| | § | |
| STEPHANIE HOCKRIDGE, a/k/a | § | (02) |
| STEPHANIE REIS, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT STEPHANIE HOCKRIDGE'S WITNESS LIST**

COMES NOW Defendant Stephanie Hockridge ("Ms. Hockridge") by and through her

undersigned counsel of record, and hereby provides her list of anticipated witnesses for trial.

**LIKELY WITNESSES**

| Name | Subject Matter |
|---|---|
| Dave Abshier | Summary and expert witness testimony regarding Paycheck Protection Program history, guidance, regulations, and requirements |
| James Appelbaum | Summary and expert witness testimony regarding review of evidence produced by Government |
| Lynn Fernandez | Testimony regarding role at Lendistry and discussions with Ms. Hockridge regarding Paycheck Protection Program requirements |
| Aaron Frank | Testimony regarding role as Chief Executive Officer of FinCap, Inc. (Blueacorn) and Blueacorn policies and procedures |
| Colin Friedemann | Testimony regarding investigation of Stephanie Hockridge |
| James Hagerman | Testimony regarding investigation of Stephanie Hockridge |
| Stephanie Hockridge | Testimony regarding conduct relating to Paycheck Protection Program |
| Destiny Ligon | Testimony regarding role and experience with Body Politix (VIPPP) |

1

| Name | Subject Matter |
|------|----------------|
| Patrick Quigley | Testimony regarding employment at Prestamos and discussions with Ms. Hockridge regarding Paycheck Protection Program requirements |
| Nathan Reis | Testimony regarding preparation of Body Politix PPP loan application |
| Noah Spirakus | Testimony regarding role as Chief Techology Officer of FinCap, Inc. (Blueacorn) and Blueacorn policies and procedures |
| Andrew Tran | Testimony regarding role and experience with Body Politix (VIPPP) |
| Christabel Warzel | Testimony regarding role and experience with Body Politix (VIPPP) |
| Robert Warzel | Testimony regarding role and experience with Body Politix (VIPPP) |

## POTENTIAL WITNESSES[1]

| Name | Subject Matter |
|------|----------------|
| Vivian Arriaga | Testimony regarding operations of Blueacorn |
| Christopher Bridges | Testimony regarding loan applications through Blueacorn |
| Jonathan Broquist | Testimony regarding Blueacorn software development |
| Barry Calhoun | Testimony regarding role as CEO of Blueacorn |
| Bayless Cobb | Testimony regarding loan applications through Blueacorn |
| Christopher Combs | Testimony regarding loan applications through Blueacorn |
| Michael Cota | Testimony regarding operations of Blueacorn |
| Angelo DiPietro | Testimony regarding loan applications through Blueacorn |
| Hannah DiPietro | Testimony regarding loan applications through Blueacorn |
| Rhett Doolittle | Testimony regarding loan applications through Blueacorn |
| Adam Drell | Testimony regarding loan applications through Blueacorn |

---

[1]    Ms. Hockridge does not presently anticipate calling these witnesses, but reserves the right to do so depending on the evidence presented in the Government's case-in-chief.

| Name | Subject Matter |
|------|----------------|
| Mike Faltushasky | Testimony regarding loan applications through Blueacorn |
| James Flores | Testimony regarding operations of Blueacorn |
| Jonathan Frutkin | Testimony regarding role as counsel to Blueacorn, Stephanie Hockridge |
| Collin Hockberg | Testimony regarding loan applications through Blueacorn |
| Devin Hochberg | Testimony regarding loan applications through Blueacorn |
| Anthony Karnezis | Testimony regarding submission of loans through Body Politix (VIPPP) |
| Eric Karnezis | Testimony regarding submission of loans through Body Politix (VIPPP) |
| Kenny Lester | Testimony regarding loan applications through Blueacorn |
| Rafi Leibowitz | Testimony regarding loan applications through Blueacorn |
| Laura Mettias | Testimony regarding submission of loans through Body Politix (VIPPP) |
| Foster Newman | Testimony regarding loan applications through Blueacorn |
| Patrick Niles | Testimony regarding loan applications through Blueacorn |
| Oliver O'Connell | Testimony regarding loan applications through Blueacorn |
| Rodney Randolph | Testimony regarding loan applications through Blueacorn |
| Yacine Saboraie | Testimony regarding loan applications through Blueacorn |
| Mark Sanor | Testimony regarding loan applications through Blueacorn |
| Christa Scott | Testimony regarding loan applications through Blueacorn |
| James Scott | Testimony regarding loan applications through Blueacorn |
| Jack Snyder | Testimony regarding operations of Blueacorn |
| Justin Sekerak | Testimony regarding loan applications through Blueacorn |
| Kyle Sliger | Testimony regarding loan applications through Blueacorn |

3

| Name | Subject Matter |
|------|----------------|
| Adam Spencer | Testimony regarding services provided for Blueacorn |
| Kristin Spencer | Testimony regarding services provided for Blueacorn |
| Jessica Stackpoole | Testimony regarding loan applications through Blueacorn |

Dated: May 8, 2025

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2000
Fax: (314) 259-2020
*richard.finneran@bryancave.com*

*Attorneys for Defendant Stephanie Hockridge*

GALLIAN FIRM

*/s/ Gregg Gallian*
Gregg Gallian, TX Bar: 24085952
3500 Maple Avenue, Suite 1150
Dallas, Texas 75219
Tel: (214) 432-8860
Fax: (972) 433-5835
*gregg@gallianfirm.com*

*Attorneys for Defendant Stephanie Hockridge*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of May, 2025, a true and correct copy of the foregoing document was served on all counsel of record by operation of the Court's CM/ECF system.

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN