IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:24-CR-287-O |
| STEPHANIE HOCKRIDGE (02)<br>a/k/a STEPHANIE REIS | |

## **GOVERNMENT'S EXHIBITS**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1A | Friedemann, Collin | 7/27/2020 email from David Castillo to Amber Cordoba et al. re: "FW: Files uploaded via link". | _____ | _____ | _____ |
| 1B | Friedemann, Collin | 7/27/2020 email from David Castillo to Amber Cordoba et al. re: "FW: Files uploaded via link". | _____ | _____ | _____ |
| 1C | Friedemann, Collin | 2019 1099-MISC form, 2019 Schedule C and Justworks Decision Letter pertaining to Devin Hochberg. | _____ | _____ | _____ |
| 1D | Friedemann, Collin | Justworks letter pertaining to Devin Hochberg, 2020 DAP Payroll report and payroll calculations, and DAP industries Payroll Summary. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1E | Friedemann, Collin | 2/5/2021 PPP Borrower Application Form 2483, 2019 Schedule C, and 2021.02.05 PPP Borrower Application Form 2484 pertaining to Devin Hochberg. | _____ | _____ | _____ |
| 1F | Friedemann, Collin | Form 940 for 2020 for Hochberg LLC and 1/1/2020 to 12/31/2020 Payroll Report For Hochberg LLC. | _____ | _____ | _____ |
| 1G | Friedemann, Collin | PPP loan records for DAP #6285798102: 7/20/2020. PPP Borrower Application Form 2483, Form 159, and Schedule C. | _____ | _____ | _____ |
| 1H | Friedemann, Collin | 7/23/2020 Slack communications between Nathan Reis and Stephanie Hockridge. | _____ | _____ | _____ |
| 1I | Friedemann, Collin | 2/8/2021 DAP industries Payroll Summary. | _____ | _____ | _____ |
| 1J | Friedemann, Collin | 8/3/2020 Slack communications between Stephanie Hockridge and Destiny Ligon. | _____ | _____ | _____ |
| 2A | Friedemann, Collin | 7/29/2020 email from HubSpot to Nathan Reis re: "O'Connell submission to Blueacorn, taxes filed". | _____ | _____ | _____ |
| 2B | Friedemann, Collin | 7/30/2020 email from Oliver O'Connell to Nathan Reis re: "PPP Loan Docs" with attachment. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 2C | Friedemann, Collin | 7/31/2020 emails between Oliver O'Connell and Nathan Reis re: "Re: PPP Loan Docs". | _____ | _____ | _____ |
| 2D | Friedemann, Collin | 8/1/2020 Slack communications between Nathan Reis and Stephanie Hockridge. | _____ | _____ | _____ |
| 2E | Friedemann, Collin | 2019 1099-MISC form for Oliver O'Connell. | _____ | _____ | _____ |
| 2F | Friedemann, Collin | Paystubs Records Metadata. | _____ | _____ | _____ |
| 2G | Friedemann, Collin | 2019 1099-MISC form for Oliver O'Connell. | _____ | _____ | _____ |
| 2H | Friedemann, Collin | 2019 Schedule C for Oliver O'Connell. | _____ | _____ | _____ |
| 2I | Friedemann, Collin | 1099-MISC form for Oliver O'Connell. | _____ | _____ | _____ |
| 2J | Friedemann, Collin | 2019 Schedule C for O'Connell. | _____ | _____ | _____ |
| 2K | Friedemann, Collin | 2/5/2021 PPP Lender's Application - PPP Loan Guaranty form 2484 for Oliver O'Connell. | _____ | _____ | _____ |
| 3A | Friedemann, Collin | 7/24/2020 Slack communications between Nathan Reis and Stephanie Hockridge. | _____ | _____ | _____ |
| 3B | Friedemann, Collin | 2019 1099-MISC form for Kristi Gray. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 3C | Friedemann, Collin | 2019 1099-MISC form for Kristi Gray. | _____ | _____ | _____ |
| 3D | Friedemann, Collin | 2020.07.24 Slack communications between Nathan Reis and Stephanie Hockridge. | _____ | _____ | _____ |
| 3E | Friedemann, Collin | 2019 Schedule C for Kristi Gray. | _____ | _____ | _____ |
| 3F | Friedemann, Collin | 2019 1099-MISC form for Kristi Gray. | _____ | _____ | _____ |
| 3G | Friedemann, Collin | 2019 Schedule C for Kristi Gray. | _____ | _____ | _____ |
| 3H | Friedemann, Collin | Kristi Gray Loan documents including SBA form 159, PPP Borrower Application Form 2483. | _____ | _____ | _____ |
| 3I | Friedemann, Collin | 7/25/2020 email from David Castillo to Amber Cordona et al. re: "FW: Files uploaded via link". | _____ | _____ | _____ |
| 3J | Friedemann, Collin | 1/4/2021 iMessage communications between Stephanie Reis and Kristi Gray. | _____ | _____ | _____ |
| 3K | Friedemann, Collin | 1/11/2021 PPP 2483-SB for Kristi Gray. | _____ | _____ | _____ |
| 3L | Friedemann, Collin | 2019 Schedule C for Kristi Gray. | _____ | _____ | _____ |
| 3M | Friedemann, Collin | 2/14/2021 PPP Lender's Application - PPP Loan Guaranty form 2483-SD for Kristi Gray. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 3N | Friedemann, Collin | 2/14/2021 PPP Lender's Application - PPP Loan Guaranty form 2484 for Kristi Gray. | _____ | _____ | _____ |
| 4A | Friedemann, Collin | 7/31/2020 Slack communications between Nathan Reis and Stephanie Hockridge. | _____ | _____ | _____ |
| 4B | Friedemann, Collin | 7/31/2020 Text communications between Steven Sampang and Stephanie Hockridge. | _____ | _____ | _____ |
| 4C | Friedemann, Collin | Excerpts of 2020.07.31 text communications between Steven Sampang and Stephanie Hockridge. | _____ | _____ | _____ |
| 4D | Friedemann, Collin | 8/3/2020 Slack communications between Nathan Reis and Stephanie Hockridge. | _____ | _____ | _____ |
| 4E | Friedemann, Collin | 8/4/2020 Email from David Castillo to Amber Cordoba et al. re: "FW: Files uploaded via link". | _____ | _____ | _____ |
| 4F | Friedemann, Collin | 9/1/2020 Slack communications between Nathan Reis and Stephanie Hockridge. | _____ | _____ | _____ |
| 4G | Friedemann, Collin | 1/5/2021 WhatsApp communications between Steven Sampang and Stephanie Hockridge. | _____ | _____ | _____ |
| 4H | Friedemann, Collin | Excerpts of 1/5/2021 WhatsApp communications between Steven Sampang and Stephanie Reis. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 4I | Friedemann, Collin | Attachment to 1/5/2021 WhatsApp communications between Steven Sampang and Stephanie Reis: Steven Sampang Schedule C. | _____ | _____ | _____ |
| 4J | Friedemann, Collin | Attachment to 1/5/2021 WhatsApp communications between Steven Sampang and Stephanie Reis: Creative Relics Schedule C. | _____ | _____ | _____ |
| 4K | Friedemann, Collin | 2/5/2021 PPP Lender's Application - PPP Loan Guaranty form 2484 for Creative Relics LLC. | _____ | _____ | _____ |
| 4L | Friedemann, Collin | 2019 Schedule C for Steven Sampang. | _____ | _____ | _____ |
| 4M | Friedemann, Collin | Steven Sampang loan documents including SBA form 159, PPP Borrower Application Form 2483. | _____ | _____ | _____ |
| 5A | Friedemann, Collin | 7/22/2020 email from Stephanie Hockridge to Adam Drell re: "Re: PPP Loan". | _____ | _____ | _____ |
| 5B | Friedemann, Collin | 7/23/2020 Nathan Reis email to Adam Drell re: "Quick Review". | _____ | _____ | _____ |
| 5C | Friedemann, Collin | 7/23/2020 Slack communications between Nathan Reis and Stephanie Hockridge. | _____ | _____ | _____ |
| 5D | Friedemann, Collin | 7/26/2022 email from Nathan Reis to the Pay Stubs re: " Form 1099 Order Completed Successfully! (#619306)". | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 5E | Friedemann, Collin | 2019 1099-MISC form for Dynamo Logistics LLC. | _____ | _____ | _____ |
| 5F | Friedemann, Collin | Bluevine loan records for Adam Drell. | _____ | _____ | _____ |
| 5G | Friedemann, Collin | 2019 Schedule C for Adam Drell. | _____ | _____ | _____ |
| 5H | Friedemann, Collin | 2019 1099-MISC form for Dynamo Logistics LLC. | _____ | _____ | _____ |
| 5I | Friedemann, Collin | 2019 Schedule C for Adam Drell. | _____ | _____ | _____ |
| 5J | Friedemann, Collin | 8/4/2020 PPP Borrower Application Form 2483 for Vida Verda Farms. | _____ | _____ | _____ |
| 5K | Friedemann, Collin | 8/4/2020 Slack communications between Nathan Reis and Stephanie Hockridge. | _____ | _____ | _____ |
| 5L | Friedemann, Collin | 5/1/2021 WhatsApp communications between Stephanie Hockridge and Adam Drell. | _____ | _____ | _____ |
| 5M | Friedemann, Collin | Excerpts 5/1/2021 WhatsApp communications between Stephanie Hockridge and Adam Drell. | _____ | _____ | _____ |
| 5N | Friedemann, Collin | 2019 Schedule C for Adam Drell. | _____ | _____ | _____ |
| 5O | Friedemann, Collin | 2019 Schedule C for Adam Drell and Vida Verde Farms. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 5P | Friedemann, Collin | 9/13/2021 WhatsApp communications between Stephanie Hockridge and Adam Drell. | _____ | _____ | _____ |
| 5Q | Friedemann, Collin | Excerpts of 9/13/2021 WhatsApp communications between Stephanie Hockridge and Adam Drell. | _____ | _____ | _____ |
| 5R | Friedemann, Collin | 10/23/2020 Adam Drell filed 2019 taxes. | _____ | _____ | _____ |
| 5S | Friedemann, Collin | 2/5/2021 PPP Lender's Application - PPP Loan Guaranty form 2484 for Adam Drell. | _____ | _____ | _____ |
| 6A | Friedemann, Collin | 7/19/2018 iMessage communications between Chris Bridges and Stephanie Hockridge. | _____ | _____ | _____ |
| 6B | Friedemann, Collin | Excerpts of 7/19/2018 iMessage communications between Chris Bridges and Stephanie Hockridge. | _____ | _____ | _____ |
| 6C | Friedemann, Collin | Attachment to 7/19/2018 iMessage communications between Chris Bridges and Stephanie Hockridge: Nouvelle Noir Inc Email. | _____ | _____ | _____ |
| 6D | Friedemann, Collin | Attachment to 7/19/2018 iMessage communications between Chris Bridges and Stephanie Hockridge: Vital Card Inc. Payroll Report. | _____ | _____ | _____ |
| 6E | Friedemann, Collin | 7/6/2020 email from Nathan Reis to Christopher Bridges re: "Things to send". | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 6F | Friedemann, Collin | 7/9/2020 Slack Conversation between Nathan Reis and Stephanie Hockridge. | _____ | _____ | _____ |
| 6G | Friedemann, Collin | 7/13/2020 email from Stephanie Hockridge to Cody Ruiz re: "Re: July 10th Applicants". | _____ | _____ | _____ |
| 6H | Friedemann, Collin | 7/24/2020 email from Stephanie Hockridge to Shawn Rogers re: "Re: [External] Christopher Bridges". | _____ | _____ | _____ |
| 6I | Friedemann, Collin | 7/24/2020 email from Stephanie Hockridge to Lynn Fernandez bcc: Nathan Reis re: "Christopher Bridges". | _____ | _____ | _____ |
| 6J | Friedemann, Collin | 7/24/2020 Slack communications between Nathan Reis and Stephanie Hockridge. | _____ | _____ | _____ |
| 6K | Friedemann, Collin | 7/27/2020 email from Chris Bridges to Nathan Reis re: "W2's". | _____ | _____ | _____ |
| 6L | Friedemann, Collin | 7/27/2020 email from Chris Bridges to Nathan Reis re: "W2's" with attachment. | _____ | _____ | _____ |
| 6M | Friedemann, Collin | 7/28/2020 email from Chris Bridges to Nathan Reis re: "Re: W2" with attachment. | _____ | _____ | _____ |
| 6N | Friedemann, Collin | 7/28/2020 email from Chris Bridges to Nathan Reis re: "Updated" with attachment. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 6O | Friedemann, Collin | 7/29/2020 email from Chris Bridges to Nathan Reis re: "Just Works Report + PEO Letter" with attachments. | _____ | _____ | _____ |
| 6P | Friedemann, Collin | 7/29/2020 Slack communications between Nathan Reis and Stephanie Hockridge. | _____ | _____ | _____ |
| 6Q | Friedemann, Collin | 8/2/2020 Slack communications between Destiny Ligon and Stephanie Hockridge. | _____ | _____ | _____ |
| 6R | Friedemann, Collin | 7/31/2020 Slack communications between Nathan Reis and Stephanie Hockridge. | _____ | _____ | _____ |
| 7A | Friedemann, Collin | 2/10/2021 Nouvelle Noir Account Summary Report. | _____ | _____ | _____ |
| 7B | Friedemann, Collin | 1/1/2019 to 12/21/2019 Justworks PPP Report for Nouvelle Noir. | _____ | _____ | _____ |
| 7C | Friedemann, Collin | 2/9/2021 Nouvelle Noir payroll and income summary. | _____ | _____ | _____ |
| 7D | Friedemann, Collin | 2/9/2021 Nouvelle Noir payroll and income summary. | _____ | _____ | _____ |
| 7E | Friedemann, Collin | 2019 Nouvelle Noir Form 1120-S. | _____ | _____ | _____ |
| 8A | Friedemann, Collin | 7/9/2020 Email from March Sanor to Nathan Reis re: "Re: Executed NDA" with attachment. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 8B | Friedemann, Collin | 2019 1099-MISC form for Stonehaven LLC and Mark Sanor. | _____ | _____ | _____ |
| 8C | Friedemann, Collin | 8/4/2020 email from Nathan Reis to Destiny Ligon, Mark Sanor, and Stephanie Hockridge re: "Re: SBA PPP Both Loans - Update - DIR17302344 - DIR16518924". | _____ | _____ | _____ |
| 8D | Friedemann, Collin | 2019 1099-MISC form for Stonehaven LLC and Mark Sanor. | _____ | _____ | _____ |
| 8E | Friedemann, Collin | 7/13/2020 Slack commutations Between Nathan Reis and Stephanie Hockridge with attachments. | _____ | _____ | _____ |
| 8F | Friedemann, Collin | 8/5/2020 email from Mark Sanor to Stephanie Hockridge re: "Fwd: [External]  PPP loan current status". | _____ | _____ | _____ |
| 8G | Friedemann, Collin | 2019 1099-MISC form for Stonehaven. | _____ | _____ | _____ |
| 8H | Friedemann, Collin | 8/5/2020 Slack communications between Nathan Reis and Stephanie Hockridge. | _____ | _____ | _____ |
| 8I | Friedemann, Collin | 2019 1099-MISC form for Stonehaven LLC and Mark Sanor. | _____ | _____ | _____ |
| 8J | Friedemann, Collin | 2/25/2021 PPP Lender's Application - PPP Loan Guaranty form 2484 for Mark Sanor. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 8K | Friedemann, Collin | 7/14/2020 email from Nathan Reis to Mark Sanor re: "Draft Schedule C's" with attachments. | _____ | _____ | _____ |
| 9A | Friedemann, Collin | 6/29/2020 email from Angelo DiPietro to Nathan Reis re: "ANGELO and HANNAH E DIPIETRO 2019 Tax Return" with attachments. | _____ | _____ | _____ |
| 9B | Friedemann, Collin | 2019 income tax documents for Angelo and Hannah DiPietro. | _____ | _____ | _____ |
| 9C | Friedemann, Collin | 2020 Schedule C for Hannah DiPietro. | _____ | _____ | _____ |
| 9D | Friedemann, Collin | 6/29/2020 PPP Borrower Application Form 2483 for Hannah DiPietro. | _____ | _____ | _____ |
| 9E | Friedemann, Collin | 6/30/2020 email from Patrick Quigley to Stephanie Hockridge re: "Request for Information for Hannah DiPietro". | _____ | _____ | _____ |
| 9F | Friedemann, Collin | 7/2/2020 Slack Communications between Patrick Quigley and Stephanie Hockridge. | _____ | _____ | _____ |
| 10A | Friedemann, Collin | 12/30/2020 WhatsApp communications between Angelo DiPietro and Stephanie Reis. | _____ | _____ | _____ |
| 10B | Friedemann, Collin | Excerpts of 12/30/2020 WhatsApp communications between Angelo DiPietro and Stephanie Reis. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 10C | Friedemann, Collin | Attachment to 12/30/2020 WhatsApp communications between Angelo DiPietro and Stephanie Hockridge: Resolution to Borrow. | _____ | _____ | _____ |
| 10D | Friedemann, Collin | 6/29/2020 email from Angelo DiPietro to Nathan Reis re: "ANGELOS EXOTIC MOTORS 2019 Tax Return.pdf" with attachments. | _____ | _____ | _____ |
| 10E | Friedemann, Collin | Angelo DiPietro Loan documents. | _____ | _____ | _____ |
| 10F | Friedemann, Collin | 1099-MISC form for Angelo's Exotic Motors. | _____ | _____ | _____ |
| 10G | Friedemann, Collin | 1099-MISC form for Angelo's Exotic Motors. | _____ | _____ | _____ |
| 10H | Friedemann, Collin | 7/27/2020 Slack communications between Stephanie Hockridge and Nathan Reis. | _____ | _____ | _____ |
| 10I | Friedemann, Collin | Schedule C pertaining to Angelo DiPietro. | _____ | _____ | _____ |
| 10J | | [Reserved] | _____ | _____ | _____ |
| 10K | | [Reserved] | _____ | _____ | _____ |
| 10L | | [Reserved] | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 10M | Friedemann, Collin | 2019 Schedule C pertaining to Angelo DiPietro. | _____ | _____ | _____ |
| 10N | Friedemann, Collin | 2/5/2021 PPP Borrower Application Form 2483-SD for Angelo's Exotic Motors, Angelo DiPietro. | _____ | _____ | _____ |
| 10O | Friedemann, Collin | Account Summary Report for Angelo's Exotic Motors LLC. | _____ | _____ | _____ |
| 10P | Friedemann, Collin | 7/14/2020 Text conversation between Angelo DiPietro and Stephanie Hockridge. | _____ | _____ | _____ |
| 10Q | Friedemann, Collin | Excerpts of 7/14/2020 Text conversation between Angelo DiPietro and Stephanie Hockridge. | _____ | _____ | _____ |
| 10R | | [Reserved] | _____ | _____ | _____ |
| 10S | Friedemann, Collin | 8/6/2020 PPP Borrower Application Form 2483 for Angelo's Exotic Motors LLC. | _____ | _____ | _____ |
| 11A | Friedemann, Collin | 6/28/2020 email from Nathan Reis to Christa Scott re: PPP Docs Requested. | _____ | _____ | _____ |
| 11B | Friedemann, Collin | James Scott 2019 Tax Returns filed 6/17/2020. | _____ | _____ | _____ |
| 11C | Friedemann, Collin | James Scott 2019 Tax Returns filed 6/17/2020. | _____ | _____ | _____ |
| 11D | Friedemann, Collin | 2019 1099-MISC form for James Scott. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 11E | Friedemann, Collin | 2020 Schedule C pertaining to James Scott. | _____ | _____ | _____ |
| 11F | Friedemann, Collin | 1/16/2021 WhatsApp chats between Stephanie Hockridge, Nathan Reis, and James and Christa Scott. | _____ | _____ | _____ |
| 11G | Friedemann, Collin | Excerpts of 1/16/2021 WhatsApp chats between Stephanie Hockridge, Nathan Reis, and James and Christa Scott. | _____ | _____ | _____ |
| 11H | Friedemann, Collin | Attachment: 1/16/2021 WhatsApp chats between Stephanie Hockridge, Nathan Reis, and James and Christa Scott. | _____ | _____ | _____ |
| 11I | Friedemann, Collin | Attachment to 1/28/2021 WhatsApp communications between Stephanie Hockridge and Nathan Reis re: Christa Scott - attached Schedule C. | _____ | _____ | _____ |
| 11J | Friedemann, Collin | 1/28/2021 Slack communications between Stephanie Hockridge and Nathan Reis re: Christa Scott with attachment. | _____ | _____ | _____ |
| 11K | Friedemann, Collin | 2/5/2021 PPP Borrower Application Form 2483-SD for James Scott. | _____ | _____ | _____ |
| 11L | Friedemann, Collin | 1099-MISC form for JWS Logistics, James Scott. | _____ | _____ | _____ |
| 11M | Friedemann, Collin | 7/24/2020 Slack communications between Stephanie Hockridge and Nathan Reis. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 11N | Friedemann, Collin | 2019 1099-MISC form for Juuice LLC. | _____ | _____ | _____ |
| 12A | Friedemann, Collin | 8/3/2020 email from Hubspot Forms to Nathan Reis re: "New submission on HubSpot Form "PPP Intake Form". | _____ | _____ | _____ |
| 12B | Friedemann, Collin | 8/3/2020 email from Rodney Randolph to Nathan Reis re: "Fwd: ppp - Omar's friend Rod Randolph" with attachments. | _____ | _____ | _____ |
| 12C | Friedemann, Collin | 8/3/2020 text communications between Stephanie Hockridge and Rodney Randolph. | _____ | _____ | _____ |
| 12D | Friedemann, Collin | 8/3/2020 Slack communications between Nathan Reis and Stephanie Hockridge. | _____ | _____ | _____ |
| 12E | Friedemann, Collin | 2019 1099-MISC Form for Rodney Randolph. | _____ | _____ | _____ |
| 12F | Friedemann, Collin | 2019 Schedule C Form for Rodney Randolph. | _____ | _____ | _____ |
| 12G | Friedemann, Collin | 2019 Schedule C Form for Rodney Randolph. | _____ | _____ | _____ |
| 12H | Friedemann, Collin | 2/5/2021 PPP Lender's Application - PPP Loan Guaranty form 2484 for Rodney Randolph. | _____ | _____ | _____ |
| 13A | Friedemann, Collin | 1/25/2021 WhatsApp text communications between Stephanie reis and Jonathan Campos. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 13B | Friedemann, Collin | Attachment to 1/25/2021 WhatsApp text communications between Stephanie Hockridge and Jonathan Campos: 2020 Schedule C for Shatter Ink. | _____ | _____ | _____ |
| 13C | Friedemann, Collin | 2/5/2021 email from Jonathan Campos to vip@blueacorn.com re: "Schedule c". | _____ | _____ | _____ |
| 13D |  | [Reserved] | _____ | _____ | _____ |
| 13E | Friedemann, Collin | 2019 Schedule C pertaining to Jonathan Campos. | _____ | _____ | _____ |
| 13F | Friedemann, Collin | Account Summary Report for Jonathan Campos. | _____ | _____ | _____ |
| 13G | Friedemann, Collin | 2/5/2021 PPP Borrower Application Form 2483 for Jonathan Campos. | _____ | _____ | _____ |
| 13H | Friedemann, Collin | 3/15/2021 email from Wave Payments to vip@blueacorn.com re: "Congrats, you just got paid!". | _____ | _____ | _____ |
| 13I | Friedemann, Collin | 2/25/2021 PPP Lender's Application - PPP Loan Guaranty form 2484 for Jonathan Campos. | _____ | _____ | _____ |
| 14 | Friedemann, Collin | 8/6/2020 Slack communications between Nathan Reis and Stephanie Hockridge. | _____ | _____ | _____ |
| 15 | Friedemann, Collin | 12/23/2020 and 12/26/2020 Flight details pertaining to Nathan Reis. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 16 | Friedemann, Collin | 12/15/2020 Slack communications between Stephanie Hockridge and Jack Snyder. | _____ | _____ | _____ |
| 17 | Flores, James | Fireflies meeting recording: "UnderwritingTech". | _____ | _____ | _____ |
| 17A | Flores, James | Attachment to Fireflies meeting recording: "UnderwritingTech". | _____ | _____ | _____ |
| 17B | Flores, James | Closed caption audio for Fireflies meeting recording: "UnderwritingTech". | _____ | _____ | _____ |
| 18 | Flores, James | 1/15/2021 Slack Communications between Aaron Frank, James Flores, and Nathan Reis. | _____ | _____ | _____ |
| 19 | Flores, James | 4/26/2022 email from Nick Miluso to Shell Hayman re: "Fwd.: PPP Application: CDC Small Business Finance [Encrypt]". | _____ | _____ | _____ |
| 20 | Flores, James | 1/19/2021 Slack communications between Stephanie Hockridge and James Flores with attachment. | _____ | _____ | _____ |
| 21 | Flores, James | 1/7/2021 Slack communications between James Flores and Nathan Reis. | _____ | _____ | _____ |
| 22 | Flores, James | iMessage text communications from Jimmy Flores. | _____ | _____ | _____ |
| 22A | Flores, James | Excerpts iMessage text communications from Jimmy Flores. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 23A | Flores, James | 2/29/2020 Qualytics LLC Bank Statement. | _____ | _____ | _____ |
| 23B | Flores, James | 941 for 2020 for Qualytics LLC. | _____ | _____ | _____ |
| 24A | Flores, James | 2/29/2020 First Western Trust Bank Statement for James Flores. | _____ | _____ | _____ |
| 24B | Flores, James | 7/31/2020 PPP Borrower Application Form 2483 for James Flores. | _____ | _____ | _____ |
| 24C | Flores, James | 2019 Schedule C for James Flores. | _____ | _____ | _____ |
| 24D | Flores, James | 2019 1099-MISC form for James Flores. | _____ | _____ | _____ |
| 25 | Flores, James | 4/30/2020 Slack communications between James Flores and Nathan Reis. | _____ | _____ | _____ |
| 25A | Flores, James | Attachment to 4/30/2020 Slack communications between James Flores and Nathan Reis: 941 for 2020 Juuice Inc. | _____ | _____ | _____ |
| 25B | Flores, James | Attachment to 4/30/2020 Slack communications between James Flores and Nathan Reis: 1099-MISC form for Qualytics LLC. | _____ | _____ | _____ |
| 25C | Flores, James | Attachment to 4/30/2020 Slack communications between James Flores and Nathan Reis: 2019 Schedule C pertaining to James Flores. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 26 | Flores, James | 12/11/2020 email from Jimmy Flores to Mark Mckenna re: "Blueacorn SBA Lender Agreement" with attachment. | _____ | _____ | _____ |
| 27 | Flores, James | 6/28/2019 iMessage communications between James Flores and Nathan Reis. | _____ | _____ | _____ |
| 27A | Flores, James | Excerpts of 6/28/2019 iMessage Communications between James Flores and Nathan Reis. | _____ | _____ | _____ |
| 28 | Flores, James | Recording of phone Call between Nathan Reis and James Flores. | _____ | _____ | _____ |
| 28A | Flores, James | Closed caption audio for recording of phone call between Nathan Reis and James Flores. | _____ | _____ | _____ |
| 29 | Flores, James | 12/24/2020 email from Nathan Reis to James Flores re: "Blueacorn Strategy - Invitation to edit". | _____ | _____ | _____ |
| 30 | Friedemann, Collin | 4/15/2021 email from Jose Martinez to LSP agreements re: "LSP - Prestamos CDFI" with attachment. | _____ | _____ | _____ |
| 31 | Friedemann, Collin | 1/13/2021 WhatsApp text communications between Stephanie Reis and Destiny Ligon. | _____ | _____ | _____ |
| 31A | Friedemann, Collin | Excerpts of 1/13/2021 WhatsApp communications between Stephanie Reis and Destiny Ligon. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 32 | Friedemann, Collin | 9/20/2013 text conversation between Stephanie Hockridge and Bill Hockridge. | _____ | _____ | _____ |
| 32A | Friedemann, Collin | Excerpts 9/20/2013 text conversation between Stephanie Hockridge and Bill Hockridge. | _____ | _____ | _____ |
| 33 | Karnezis, Eric | Attachment: 1/7/2021 text communications between Eric Karnezis and Anthony Karnezis. | _____ | _____ | _____ |
| 34 | Karnezis, Eric | 1/7/2021 text communications between Eric Karnezis and Nathan Reis. | _____ | _____ | _____ |
| 34A | Karnezis, Eric | Excerpts of 1/7/2021 text communications between Eric Karnezis and Nathan Reis. | _____ | _____ | _____ |
| 35 | Karnezis, Eric | 1/22/2021 iMessage communications between Stephanie Hockridge and Eric Karnezis. | _____ | _____ | _____ |
| 35A | Karnezis, Eric | 1/21/2021 Excerpts of text communications between Eric Karnezis and Stephanie Hockridge. | _____ | _____ | _____ |
| 35B | Karnezis, Eric | 2019 Schedule C for Arian Farrokhi. | _____ | _____ | _____ |
| 35C | Karnezis, Eric | 2019 Schedule C for Lauren Vita. | _____ | _____ | _____ |
| 35D | Karnezis, Eric | 2021 PDF filler screenshot of Blank Schedule C. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 35E | Karnezis, Eric | Andrew Tran's VIPPP Loan List. | _____ | _____ | _____ |
| 36 | Karnezis, Eric | 1/8/2021 iMessage communications between Eric Karnezis and Casey Potter. | _____ | _____ | _____ |
| 36A | Karnezis, Eric | Excerpts of 1/8/2021 iMessage communications between Eric Karnezis and Casey Potter. | _____ | _____ | _____ |
| 37 | Karnezis, Eric | 2/25/2021 email from Anthony Karnezis to Eric Karnezis re: "See Andrew" with attachments. | _____ | _____ | _____ |
| 38 | Karnezis, Eric | 2/25/2021 email from Eric Karnezis to VIP Blueacorn re: "Error Code "See Andrew" with Schedule C attachments. | _____ | _____ | _____ |
| 39 | Karnezis, Eric | 2020 Schedule C for Kathryn Ross. | _____ | _____ | _____ |
| 40 | Karnezis, Eric | 2/20/2021 WhatsApp communications between Stephanie Hockridge, Eric Karnezis, and Anthony Karnezis. | _____ | _____ | _____ |
| 40A | Karnezis, Eric | Excerpts of 2/20/2021 WhatsApp communications between Stephanie Hockridge, Eric Karnezis, and Anthony Karnezis. | _____ | _____ | _____ |
| 40B | Karnezis, Eric / Friedemann, Collin | Blueacorn Instagram video. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 41 | Karnezis, Eric | 2/1/2020 to 2/29/2020 Alzo Invoice for account #6784077568. | _____ | _____ | _____ |
| 42 | Karnezis, Eric | U.S. Secret Service PPP Fraud Indicators Bulletin | _____ | _____ | _____ |
| 43 | Friedemann, Collin | Trial Stipulation. | _____ | _____ | _____ |
| 44 | Hagerman, James | 8/17/2021 PPP Borrower Application Form 3805S for Juuice Inc. | _____ | _____ | _____ |
| 45 | | [Reserved] | _____ | _____ | _____ |
| 46 | Hochberg, Devin | 8/7/2020 text communications between Devin Hochberg and Nathan Reis. | _____ | _____ | _____ |
| 47 | Hochberg, Devin | Payment record of Devon Hochberg | _____ | _____ | _____ |
| 48 | Hochberg, Devin | 12/29/2020 iMessage communications between Devin Hochberg and Nathan Reis. | _____ | _____ | _____ |
| 49 | Hochberg, Devin | 12/31/2020 WhatsApp communications between Devin Hochberg and Nathan Reis. | _____ | _____ | _____ |
| 49A | Hochberg, Devin | Excerpts of 12/31/2020 WhatsApp communications between Devin Hochberg and Nathan Reis. | _____ | _____ | _____ |
| 49B | Hochberg, Devin | Payroll Report for 01/01/2020 to 12/31/2020 for Hochberg LLC. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 49C | Hochberg, Devin | Justworks letter pertaining to Devin Hochberg. | _____ | _____ | _____ |
| 49D | Hochberg, Devin | Justworks letter pertaining to Devin Hochberg. | _____ | _____ | _____ |
| 49E | Hochberg, Devin | DAP Industries Payroll Report | _____ | _____ | _____ |
| 50 | Hochberg, Devin | 12/29/2020 iMessage communications between Devin Hochberg, Nathan Reis, and 480-277-0662. | _____ | _____ | _____ |
| 51 | Hochberg, Devin | 12/31/2020 WhatsApp communications between Devin Hochberg, Nathan Reis, and Stephanie Hockridge. | _____ | _____ | _____ |
| 51A | Hochberg, Devin | Excerpts of 12/31/2020 WhatsApp communications between Devin Hochberg, Nathan Reis, and Stephanie Hockridge. | _____ | _____ | _____ |
| 52 | Hochberg, Devin | 1/28/2021 WhatsApp communications between Devin Hochberg and Stephanie Hockridge. | _____ | _____ | _____ |
| 52A | Hochberg, Devin | Excerpts of 1/28/2021 WhatsApp communications between Devin Hochberg and Stephanie Hockridge. | _____ | _____ | _____ |
| 53 | Hochberg, Devin | 2/11/2021 email from Blueacorn VIP to Devin Hochberg re: "Reminder from Blueacorn VIP". | _____ | _____ | _____ |
| 54 | Hochberg, Devin | DAP Invoice from Blueacorn VIP. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 55 | Hochberg, Devin | SBA Note pertaining to Hochberg LLC. | _____ | _____ | _____ |
| 56 | Hochberg, Devin | SBA Note pertaining to DAP Industries LLC. | _____ | _____ | _____ |
| 57 | Hochberg, Devin | SBA Note pertaining to Devin Hochberg. | _____ | _____ | _____ |
| 58 | | [Reserved] | _____ | _____ | _____ |
| 59 | | [Reserved] | _____ | _____ | _____ |
| 60 | Hagerman, James | IRS Form 1040 2019 for Nathan Reis and Stephanie Hockridge. | _____ | _____ | _____ |
| 61A | Hagerman, James | PPP loan records for Stephanie Hockridge #9174497307: 4/28/2020 PPP Borrower Application Form 2483. | _____ | _____ | _____ |
| 61B | Hagerman, James | 5/14/2020 SBA Note for Stephanie Hockridge. | _____ | _____ | _____ |
| 61C | Hagerman, James | PPP loan records for Stephanie Hockridge #9174497307: 2019 Schedule C. | _____ | _____ | _____ |
| 61D | Hagerman, James | 3/22/2021 PPP Borrower Application Form 3805S for Stephanie Hockridge. | _____ | _____ | _____ |
| 61E | Hagerman, James | 4/26/2022 Email from Amy Du to Shelli Hayman re: "Fwd: PPP Loan Approval - Stephanie Hockridge". | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 62 | Hagerman, James | 2/5/2021 PPP Borrower Application Form 2483 for Stephanie Hockridge. | _____ | _____ | _____ |
| 63A | Hagerman, James | Stephanie Hockridge Account Deposits. | _____ | _____ | _____ |
| 63B | Hagerman, James | 2018.12.14 to 2019.01.14 Stephanie Hockridge Bank Statement. | _____ | _____ | _____ |
| 63C | Hagerman, James | 2019.01.01 to 2019.03.31 Stephanie Hockridge Bank Statement. | _____ | _____ | _____ |
| 63D | Hagerman, James | IRS Account Transcript for Nathan Reis and Stephanie Hockridge for 2019 and 2020. | _____ | _____ | _____ |
| 64A | Hagerman, James | SBA Rapid Finance Application Details for Body Politix LLC. | _____ | _____ | _____ |
| 64B | Hagerman, James | SBA Rapid Finance Application Details for Body Politix LLC. | _____ | _____ | _____ |
| 64C | Hagerman, James | PPP loan records for Body Politix LLC #3391698009: 6/19/2020 PPP Borrower Application Form 2483. | _____ | _____ | _____ |
| 64D | Hagerman, James | 6/24/2020 Slack communication between Stephanie Hockridge and Nathan Reis with attachments. | _____ | _____ | _____ |
| 64E | Hagerman, James | PPP loan records for Body Politix LLC #3391698009: Schedule C. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 64F | Hagerman, James | 2019 Schedule C for Body Politix. | _____ | _____ | _____ |
| 64G | Hagerman, James | PPP loan records for Body Politix LLC #3391698009: Body Politix 2/29/2020 Bank Statement. | _____ | _____ | _____ |
| 64H | Hagerman, James | 6/24/2020 Slack communications between Stephanie Hockridge and Patrick Quigley. | _____ | _____ | _____ |
| 64I | Hagerman, James | PPP loan records for Body Politix LLC #3391698009: 2020.06.24 PPP Lender's Application - PPP Loan Guaranty form 2484. | _____ | _____ | _____ |
| 64J | Hagerman, James | PPP loan records for Body Politix LLC #3391698009: 6/26/2020 U.S. Small Business Administration Note. | _____ | _____ | _____ |
| 64K | Hagerman, James | 7/4/2020 email from Nathan Reis to Joanna Nelson re: "Loan Transaction Summary" with attachment. | _____ | _____ | _____ |
| 64L | Hagerman, James | PPP loan records for Body Politix LLC #3391698009: 2021.07.08 PPP Loan Forgiveness Application Form 3508S. | _____ | _____ | _____ |
| 64M | Hagerman, James | 6/20/2020 Slack conversation between Nathan Reis and Stephanie with attachment. | _____ | _____ | _____ |
| 64N | Hagerman, James | 6/23/2020 Slack communications between Stephanie Hockridge and Patrick Quigley. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 64O | Hagerman, James | PPP loan records for Body Politix LLC #3391698009: Notice of PPP Forgiveness Payment. | _____ | _____ | _____ |
| 65A | Hagerman, James | 2/5/2021 PPP Borrower Application Form 2483-SD for Body Politix LLC. | _____ | _____ | _____ |
| 65B | Hagerman, James | 2/2/2021 Slack communications between Nathan Reis and Andrew Tran. | _____ | _____ | _____ |
| 65C | Hagerman, James | Body Politix, LLC, 2019 Schedule C. | _____ | _____ | _____ |
| 65D | Hagerman, James | 2/29/2020 Body Politix LLC, Bank Statement. | _____ | _____ | _____ |
| 65E | Hagerman, James | Body Politix, LLC, Second Draw Loan Guaranty. | _____ | _____ | _____ |
| 66A | Hagerman, James | Wells Fargo Business account application for Body Politix LLC. | _____ | _____ | _____ |
| 66B | Hagerman, James | 2020.04.30 Body Politix Account Summary. | _____ | _____ | _____ |
| 67A | Hagerman, James | PPP loan records for Nathan Reis #3510607208: Bank of America SBA Form 2483 Equivalent. | _____ | _____ | _____ |
| 67B | Hagerman, James | PPP loan records for Nathan Reis #3510607208: Promissory Note. | _____ | _____ | _____ |
| 67C | Hagerman, James | PPP loan records for Nathan Reis #3510607208:1099-MISC. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 67D | Hagerman, James | PPP loan records for Nathan Reis #3510607208: Schedule C. | _____ | _____ | _____ |
| 67E | | [Reserved] | _____ | _____ | _____ |
| 67F | Hagerman, James | PPP loan records for Nathan Reis #3510607208: Bank of America SBA Form 3508S. | _____ | _____ | _____ |
| 67G | Hagerman, James | PPP loan records for Nathan Reis #3510607208: 2/1/2020 invoice from Nathan Reis to Stephanie Hockridge. | _____ | _____ | _____ |
| 68 | Hagerman, James | PPP 2483-SD for Nathan Reis. | _____ | _____ | _____ |
| 69 | Hagerman, James | 4/28/2022 Nathan Reis Bank Statement. | _____ | _____ | _____ |
| 70A | Hagerman, James | PPP Borrower Application Form 3508EZ for Juuice, Inc. | _____ | _____ | _____ |
| 70B | Hagerman, James | 5/5/2020 email from Nathan Reis to Nathan Scott and Jimmy Flores, bcc: Stephanie Hockridge re: "Re: PPP Loan Application - Juuice". | _____ | _____ | _____ |
| 70C | Hagerman, James | PPP loan records for Juuice Inc #9174317310: 5/8/2020 Promissory Note. | _____ | _____ | _____ |
| 70D | Hagerman, James | PPP loan records for Juuice Inc #9174317310: 05/9/2020 PPP form 2483. | _____ | _____ | _____ |
| 70E | Hagerman, James | 6/1/2020 to 6/30/2020 Bank of America Statement. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 70F | | [Reserved] | _____ | _____ | _____ |
| 70G | | [Reserved] | _____ | _____ | _____ |
| 70H | | [Reserved] | _____ | _____ | _____ |
| 70I | Hagerman, James | 2019 1099-MISC form for Juuice Inc. | _____ | _____ | _____ |
| 70J | Hagerman, James | 2019 1099-MISC form for Juuice LLC. | _____ | _____ | _____ |
| 70K | | [Reserved] | _____ | _____ | _____ |
| 70L | | [Reserved] | _____ | _____ | _____ |
| 70M | Hagerman, James | PPP loan records for Juuice Inc #9174317310: Juuice 941 for 2020. | _____ | _____ | _____ |
| 70N | | [Reserved] | _____ | _____ | _____ |
| 70O | | [Reserved] | _____ | _____ | _____ |
| 70P | Hagerman, James | PPP loan records for Juuice Inc #9174317310: 1/30/2021 Form 3508S. | _____ | _____ | _____ |
| 70Q | Hagerman, James | PPP loan records for Juuice Inc #4106487188: 4/17/2020 Bank of America SBA Form 2483 for Juuice LLC. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 70R | Hagerman, James | PPP loan records for Juuice Inc #4106487188: 01/01/2020 - 02/29/2020 Payroll Summary by Employee for Juuice LLC. | _____ | _____ | _____ |
| 70S | Hagerman, James | PPP loan records for Juuice Inc #4106487188: 941 for 2020. | _____ | _____ | _____ |
| 70T | Hagerman, James | PPP loan records for Juuice Inc #4106487188: Paycheck Protection Program Application Addendum for Juuice Inc. | _____ | _____ | _____ |
| 70U | Hagerman, James | 4/21/2020 email from Nathan Reis to Lincoln Jore and Stephanie Hockridge re: "Fwd.: Important information regarding your application". | _____ | _____ | _____ |
| 71A | Hagerman, James | PPP loan records for Juuice LLC #8143118406: 1/27/2021 PPP Borrower Application Form 2483-SD. | _____ | _____ | _____ |
| 71B | Hagerman, James | 2/5/2021 PPP Lender's Application - PPP Loan Guaranty form 2484 for Farzana Giga. | _____ | _____ | _____ |
| 71C | Hagerman, James | PPP loan records for Juuice LLC #8143118406: 2019 Schedule C for Juuice. | _____ | _____ | _____ |
| 71D | Hagerman, James | PPP loan records for Juuice LLC #9055237906: 6/17/2020 PPP Borrower Application Form for Juuice LLC. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 71E | Hagerman, James | PPP loan records for Juuice LLC #9055237906: 6/19/2020 US Small Business Administration Note. | _____ | _____ | _____ |
| 71F | Hagerman, James | 1/22/2021 SBA Note pertaining to Juuice, LLC. | _____ | _____ | _____ |
| 72A | Hagerman, James | Juuice Bank of America account opening documents. | _____ | _____ | _____ |
| 72B | Hagerman, James | IRS Account Transcript for Juuice / Nathan Reis and Stephanie Hockridge from 2019 through 2021. | _____ | _____ | _____ |
| 72C | Hagerman, James | Juuice Inc. General Ledger 1/1/2019 to 12/8/2022. | _____ | _____ | _____ |
| 72D | Hagerman, James | 5/1/2022 Juuice Bank Statement. | _____ | _____ | _____ |
| 73A | Hagerman, James | SBA Rapid Finance Application Details for Juuice LLC. | _____ | _____ | _____ |
| 73B | Hagerman, James | SBA Rapid Finance Application Details for Juuice LLC. | _____ | _____ | _____ |
| 73C | | [Reserved] | _____ | _____ | _____ |
| 73D | Hagerman, James | 8/26/2020 email from Nathan Reis to Wave re: "Re: [Wave ] Re: [IMPORTANT] Your Wave Payments Account". | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 74 | Hagerman, James | PPP loan records for Juuice LLC #9055237906: 2020.02.01 to 2/29/2020 Account Statement. | _____ | _____ | _____ |
| 75A | Hagerman, James | Juuice LLC Bank of America account opening documents. | _____ | _____ | _____ |
| 75B | Hagerman, James | 2019 through 2022 Juuice LLC Bank Statement. | _____ | _____ | _____ |
| 76 | Hagerman, James | Summary Exhibit - Timeline of Loans. | _____ | _____ | _____ |
| 77 | Hagerman, James | Summary Exhibit - Financial Analysis of Loans. | _____ | _____ | _____ |
| 77A | Hagerman, James | Financial Analysis of Stephanie Hockridge 2020 PPP Loan. | _____ | _____ | _____ |
| 77B | Hagerman, James | Financial Analysis of Body Politix, LLC 2020 PPP Loan. | _____ | _____ | _____ |
| 77C | Hagerman, James | Financial Analysis of Body Politix, LLC 2021 PPP Loan. | _____ | _____ | _____ |
| 77D | Hagerman, James | Financial Analysis of Nathan Reis, 2020 PPP Loan. | _____ | _____ | _____ |
| 77E | Hagerman, James | Financial Analysis of Juuice, Inc., 2020 PPP Loan. | _____ | _____ | _____ |
| 77F | Hagerman, James | Financial Analysis of Juuice, LLC, 2020 PPP Loan. | _____ | _____ | _____ |
| 77G | Hagerman, James | Summary of Gross Revenue Claimed in 2020. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 77H | Hagerman, James | Summary of Net Profit Claimed in 2020. | _____ | _____ | _____ |
| 77I | Hagerman, James | Summary of PPP Loan Supporting Documentation. | _____ | _____ | _____ |
| 78 | | [Reserved] | _____ | _____ | _____ |
| 79A | Zelaya, Kandace / Flores, James | Blank Form 2483. | _____ | _____ | _____ |
| 79B | Zelaya, Kandace / Flores, James | Blank Form 2483-SD. | _____ | _____ | _____ |
| 79C | Zelaya, Kandace / Flores, James | Blank Form 159. | _____ | _____ | _____ |
| 79D | Zelaya, Kandace / Flores, James | Blank Schedule C. | _____ | _____ | _____ |
| 80A | Karnezis, Anthony | Proffer Agreement for Anthony Karnezis. | _____ | _____ | _____ |
| 80B | Karnezis, Anthony | Plea Agreement letter for Anthony Karnezis. | _____ | _____ | _____ |
| 80C | Karnezis, Anthony | Cooperation Agreement letter for Anthony Karnezis. | _____ | _____ | _____ |
| 81A | Karnezis, Eric | Proffer Agreement for Eric Karnezis. | _____ | _____ | _____ |
| 81B | Karnezis, Eric | Cooperation Agreement letter for Eric Karnezis. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 81C | Karnezis, Eric | Plea Agreement letter for Eric Karnezis. | _____ | _____ | _____ |
| 82A | Flores, James | Proffer Agreement for James Flores. | _____ | _____ | _____ |
| 82B | Flores, James | Plea Agreement Supplement for James Flores. | _____ | _____ | _____ |
| 83A | Hochberg, Devin | Devin Hochberg Non Prosecution Agreement. | _____ | _____ | _____ |
| 83B | Hochberg, Devin | Proffer Agreement for Devin Hochberg. | _____ | _____ | _____ |

Respectfully submitted,

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

*s/ Matthew Weybrecht*
MATTHEW WEYBRECHT
Assistant United States Attorney
State Bar of Texas No. 24102642
Telephone: 817-252-5200
Fax: 817-252-5455
matthew.weybrecht@usdoj.gov

LORINDA I. LARYEA
Acting Chief, Fraud Section

*s/ Philip Trout*
PHILIP TROUT
Acting Assistant Chief
Fraud Section
U.S. Department of Justice

MARGARET A. MOESER
CHIEF, MONEY LAUNDERING &
ASSET RECOVERY SECTION
Criminal Division, U.S. Department of
Justice

*s/ Elizabeth R. Carr*
ELIZABETH R. CARR
RYAN MCLAREN
Trial Attorneys
Money Laundering and Asset Recovery
Section
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2025, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorney(s) of record.

*s/ Matthew Weybrecht*
MATTHEW WEYBRECHT
Assistant United States Attorney