**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:24 CR-00287-O |
| | § | |
| STEPHANIE HOCKRIDGE, a/k/a STEPHANIE REIS, | § | (02) |
| | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT STEPHANIE HOCKRIDGE'S**
**MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF**

COMES NOW Defendant Stephanie Hockridge, by and through her undersigned counsel of record, and hereby respectfully asks that the Court grant her leave to file an overlength brief in support of her Renewed Motion for Judgment of Acquittal. In support of this Motion, Ms. Hockridge respectfully states:

1. The jury returned a guilty verdict against Ms. Hockridge on Count One of the Superseding Indictment alleging conspiracy to commit wire fraud related to the Paycheck Protection Program during the COVID-19 Pandemic. However, Ms. Hockridge contends that she is entitled to a judgment of acquittal on Count One, for multiple reasons.

2. Given the scope of the conspiracy alleged in the Superseding Indictment—and the number of documents, communications, and witnesses introduced into evidence—Ms. Hockridge's arguments require careful parsing of voluminous evidence.

3. To properly brief her renewed motion for judgment of acquittal, Ms. Hockridge must also address not only the sufficiency of the evidence presented at trial, but also the lack of proper venue and improper duplicity as to Count One.

4. These multiple arguments, and the detailed analysis those arguments require, constitute extraordinary circumstances that here justify an overlength brief. Ms. Hockridge thus requests that the Court permit her to file a brief of up to 40 pages (excluding cover page, tables of contents and authorities, signature block, and certificate of service).

5. Prior to filing the instant motion, the undersigned conferred via email with Government Attorney Philip Trout, who indicated that the Government does not oppose Ms. Hockridge being granted the relief requested herein.

6. A proposed order is filed herewith.

WHEREFORE Defendant Stephanie Hockridge respectfully requests that the Court grant her leave to file a brief of up to 40 pages (excluding cover page, tables of contents and authorities, and signature block, and certificate of service) in support of her Renewed Motion for Judgment of Acquittal, and that the Court grant such other and further relief as the Court deems just and proper.

Dated: July 28, 2025

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN
MARK A. SRERE
KEVIN H. JENCO
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2000
Fax: (314) 259-2020
*richard.finneran@bryancave.com*

*Attorneys for Defendant Stephanie Hockridge*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of July, 2025, a true and correct copy of the foregoing document was served on all counsel of record by operation of the Court's CM/ECF system.

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN

**CERTIFICATE OF CONFERENCE**

I hereby certify that on the 21st day of July, 2025, I conferred via email with Philip Trout, who indicated that the Government does not oppose Ms. Hockridge being granted the relief requested herein.

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN